1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9

10  Denise Howard, et al.,                    )

11                           Plaintiffs,       )      No. CV-06-2361-PHX-PGR

12              vs.                            )

13  Ryan Gallaugher,  et al.,                  )            <u>ORDER</u>

14                           Defendants.       )

15  _____ )

16         On October 5, 2006, the Court entered an Order Setting Scheduling

17  Conference ("OSSC") (doc. #6) that, *inter alia*, set forth in detail this Court's

18  requirements regarding the timing and contents of the parties' Joint Case

19  Management Report to be filed following the parties' Rule 26(f) meeting.  On

20  January 12, 2007, the parties filed a Joint Report of Scheduling Conference (doc.

21  #9) , which they apparently based on a form found in the Appendix of Forms of

22  the Federal Rules of Civil Procedure rather than on the Court's OSSC.[1]   Since

23  _____

    [1]

24         The parties are advised that every judge in the Phoenix Division of the District
    of Arizona has his or her own requirements for the contents of the Rule 26(f) report and
25  that use of the "Report of Parties' Planning Meeting" form found in the Fed.R.Civ.P.'s

26                                    - 1 -

the parties' Fed.R.Civ.P. 26(f) report does not meet the Court's requirements, the Court will strike the document and will require the parties, after their counsel have reviewed the OSSC, to file a Joint Case Management Report.   Therefore,

IT IS ORDERED that the parties' Joint Report of Scheduling Conference (doc. #9) is stricken from the record.

IT IS FURTHERED ORDERED that the parties shall file a Joint Case Management Report in compliance with the Court's Order Setting Scheduling Conference (doc. #6) no later than February 19, 2007.[2]

IT IS FURTHER ORDERED that the Scheduling Conference remains set for Monday, March 5, 2007, at 1:30 p.m. in Courtroom 601.

DATED this 17th day of January, 2007.

Paul G. Rosenblatt
United States District Judge

---

Appendix of Forms is not appropriate.

[2]       The parties are further advised that the capitalization of the parties' names in the caption of a document filed with the Court violates LRCiv 7.1(a)(3).

- 2 -